UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff,

-against-

JOSE CORTINA-PEREZO,

            Defendant.

No. 97-CR-1105 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter submitted by counsel for Defendant Cortina-Perezo requesting an extension of time to respond to the letter filed <u>pro se</u> by Mr. Cortina-Perezo. Counsel for Mr. Cortina-Perezo shall have until March 21, 2024 to respond to Mr. Cortina-Perezo's letter.

**SO ORDERED.**

Dated: March 7, 2024
       New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge