UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
         -against-                  :        **ORDER**
                                    :
                                    :        96 CR 897 (LAP)
                                    :        97 CR 1105 (LAP)
  _Jose Antonio Cortina Perezo_     :        Docket #
------------------------------------x


_Loretta A. Presca_, **DISTRICT JUDGE**:
         Judge's Name

The C.J.A. attorney assigned to receive cases on this day,
_David Anders_ is hereby ordered to assume

representation of the defendant in the above captioned
as second opinion counsel
matter, NUNC-PRO-TUNC _March 27, 2024_.


                         **SO ORDERED.**

                         _Loretta A. Presca_
                         **UNITED STATES DISTRICT JUDGE**


_December 4, 2024_
**Dated:  New York, New York**