# Wachtell, Lipton, Rosen & Katz

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | STEPHEN R. DiPRIMA | 51 WEST 52ND STREET | KARESSA L. CAIN | JACOB A. KLING |
| HERBERT M. WACHTELL | NICHOLAS G. DEMMO | NEW YORK, N.Y. 10019-6150 | RONALD C. CHEN | RAAJ S. NARAYAN |
| EDWARD D. HERLIHY | IGOR KIRMAN | | BRADLEY R. WILSON | VIKTOR SAPEZHNIKOV |
| DANIEL A. NEFF | JONATHAN M. MOSES | TELEPHONE: (212) 403-1000 | GRAHAM W. MELI | MICHAEL J. SCHOBEL |
| STEVEN A. ROSENBLUM | T. EIKO STANGE | FACSIMILE:  (212) 403-2000 | GREGORY E. PESSIN | ELINA TETELBAUM |
| SCOTT K. CHARLES | WILLIAM SAVITT | | CARRIE M. REILLY | ERICA E. AHO |
| JODI J. SCHWARTZ | GREGORY E. OSTLING | GEORGE A. KATZ (1965-1989) | MARK F. VEBLEN | LAUREN M. KOFKE |
| ADAM O. EMMERICH | DAVID B. ANDERS | JAMES H. FOGELSON (1967-1991) | SARAH K. EDDY | ZACHARY S. PODOLSKY |
| RALPH M. LEVENE | ADAM J. SHAPIRO | LEONARD M. ROSEN (1965-2014) | VICTOR GOLDFELD | RACHEL B. REISBERG |
| ROBIN PANOVKA | NELSON O. FITTS | | RANDALL W. JACKSON | MARK A. STAGLIANO |
| DAVID A. KATZ | JOSHUA M. HOLMES | OF COUNSEL | BRANDON C. PRICE | CYNTHIA FERNANDEZ |
| ILENE KNABLE GOTTS | DAVID E. SHAPIRO | | KEVIN S. SCHWARTZ | LUMERMANN |
| ANDREW J. NUSSBAUM | DAMIAN G. DIDDEN | ANDREW R. BROWNSTEIN   ERIC S. ROBINSON | MICHAEL S. BENN | CHRISTINA C. MA |
| RACHELLE SILVERBERG | IAN BOCZKO | WAYNE M. CARLIN   ERIC M. ROSOF | ALISON Z. PREISS | NOAH B. YAVITZ |
| STEVEN A. COHEN | MATTHEW M. GUEST | BEN M. GERMANA   JOHN F. SAVARESE | TIJANA D. DVORNIC | BENJAMIN S. ARFA |
| DEBORAH L. PAUL | DAVID E. KAHAN | SELWYN B. GOLDBERG   MICHAEL J. SEGAL | JENNA E. LEVINE | NATHANIEL D. CULLERTON |
| DAVID C. KARP | DAVID K. LAM | PETER C. HEIN   WON S. SHIN | RYAN A. McLEOD | ERIC M. FEINSTEIN |
| RICHARD K. KIM | BENJAMIN M. ROTH | JB KELLY   DAVID M. SILK | ANITHA REDDY | ADAM L. GOODMAN |
| JOSHUA R. CAMMAKER | JOSHUA A. FELTMAN | JOSEPH D. LARSON   ELLIOTT V. STEIN | JOHN L. ROBINSON | STEVEN R. GREEN |
| MARK GORDON | ELAINE P. GOLIN | RICHARD G. MASON   LEO E. STRINE, JR.* | STEVEN WINTER | MENG LU |
| JEANNEMARIE O'BRIEN | EMIL A. KLEINHAUS | PHILIP MINDLIN   PAUL VIZCARRONDO, JR. | EMILY D. JOHNSON | |
| | | THEODORE N. MIRVIS   JEFFREY M. WINTNER | | |
| | | DAVID S. NEILL   AMY R. WOLF | | |
| | | TREVOR S. NORWITZ   MARC WOLINSKY | | |

* ADMITTED IN DELAWARE

COUNSEL

DAVID M. ADLERSTEIN   ANGELA K. HERRING
SUMITA AHUJA   MICHAEL W. HOLT
HEATHER D. CASTEEL   DONGHWA KIM
FRANCO CASTELLI   MARK A. KOENIG
ANDREW J.H. CHEUNG   J. AUSTIN LYONS
PAMELA EHRENKRANZ   ALICIA C. McCARTHY
ALINE R. FLODR   JUSTIN R. ORR
KATHRYN GETTLES-ATWA   NEIL M. SNYDER
LEDINA GOCAJ   JEFFREY A. WATIKER
ADAM M. GOGOLAK

Direct Dial: (212) 403-1307
Direct Fax: (212) 403-2307
E-Mail: DBAnders@wlrk.com

February 18, 2025

Hon. Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  *United States* v. *Cortina Perezo, et al.*, 1:97-CR-01105—Sentencing Adjournment

Dear Judge Preska:

  I write to respectfully request an adjournment of Mr. Cortina Perezo's sentencing, which is currently scheduled for March 24th because of an immovable scheduling conflict. The parties are available any time convenient for the Court on any day the week of May 5th. The government has no objection to this request. This is the first request for an adjournment of Mr. Cortina Perezo's sentencing.

  Thank you for your attention to this matter.

Wachtell, Lipton, Rosen & Katz

Hon. Loretta A. Preska
February 18, 2025
Page 2

Very truly yours,

David B. Anders

CC: Elizabeth A. Espinosa

```
Counsel's request to adjourn Defendant's sentencing currently
scheduled for March 24, 2025 is GRANTED.  The sentencing is
adjourned to May 13, 2025 at 11:00 a.m.

SO ORDERED.

Dated: February 24, 2025
```

_____
LORETTA A. PRESKA, U.S.D.J.