UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America,           :
                                    :
                                    :
              Plaintiff(s),         :   96 CR 897 (LAP)
                                    :   97 CR 1105 (LAP)
                                    :   <u>SCHEDULING ORDER</u>
         -against-                  :
                                    :
Jose Cortina Perezo,                :
                                    :
              Defendant(s).         :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    It is hereby

    ORDERED that the sentencing scheduled for May 20, 2025 at 11:00 am is adjourned to May 28, 2025 at 11:00 am.

SO ORDERED.

                              *Loretta A. Preska*
                              Loretta A. Preska, Senior U.S.D.J.

Dated:   April 22, 2025
          New York, New York