UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                  Plaintiff,

-against-

JOSE CORTINA PEREZO,

                  Defendant.

No. 97-CR-1105 (LAP)
No. 96-CR-897 (LAP)

SCHEDULING ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The sentencing scheduled for May 28, 2025 at 11:00 a.m. is adjourned to June 17, 2025 at 11:00 a.m.

**SO ORDERED.**

Dated:    May 7, 2025
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1